JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DANIEL RUBENSTEIN et al | ) | CASE NO.:  2:20-cv-419 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ENTERPRISE HOLDINGS, INC., et al | ) | (~~PROPOSED~~) ORDER OF DISMISSAL |
| | ) | |
| Defendants. | ) | |
| | ) | |

Pursuant to the Notice of Dismissal filed by the Plaintiffs on June 30, 2020, IT IS HEREBY ORDERED THAT this action shall be, and it hereby is, dismissed with prejudice. Any claims of any putative class members are dismissed without prejudice.  Each party shall bear its own costs and attorneys' fees.

IT IS SO ORDERED.

Dated:  July 2, 2020

*Gary Klausner*

Honorable R. Gary Klausner
U.S. District Judge

Order of Dismissal